# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 859 |
| | : | |
| ORDER AMENDING RULE 213 | : | SUPREME COURT RULES |
| OF THE PENNSYLVANIA BAR | : | |
| ADMISSION RULES | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

        **AND NOW**, this 24th day of November, 2020, upon the recommendation of the Board of Law Examiners, the proposal having been published for public comment in the Pennsylvania Bulletin at volume 50, no. 32 (August 8, 2020):

        **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 213 of the Bar Admission Rules is amended to add subpart (c) as set forth in the attached form.

        This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment shall be effective immediately.

Additions to the rule are shown in bold and are underlined.